IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01439-CMA-MEH

CITIZENS FOR SAN LUIS VALLEY – WATER PROTECTION COALITION,

     Plaintiff,

v.

U.S. FISH AND WILDLIFE SERVICE, a federal agency within the U.S. Department of the Interior,
REGIONAL SOLICITOR, ROCKY MOUNTAIN REGION, a federal agency within the U.S. Department of the Interior, and
U.S. DEPARTMENT OF THE INTERIOR, a federal agency,

     Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 6, 2009.**

     Defendants' Motion to Vacate Contempt Hearing Conditionally Set for May 8, 2009 [filed May 6, 2009; docket #36] is **granted in part** and **denied in part**. The contempt hearing conditionally set for Friday, May 8, 2009, at 8:30 a.m. is hereby **vacated**. The Court will discuss the potential need to set a future contempt hearing date with the parties during the Telephonic Status Conference set for Thursday, May 7, 2009, at 9:45 a.m.