IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01439-CMA-MEH

CITIZENS FOR SAN LUIS VALLEY – WATER PROTECTION COALITION,

    Plaintiff,

v.

U.S. FISH AND WILDLIFE SERVICE, a federal agency within the U.S. Department of the Interior,
REGIONAL SOLICITOR, ROCKY MOUNTAIN REGION, a federal agency within the U.S. Department of the Interior, and
U.S. DEPARTMENT OF THE INTERIOR, a federal agency,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 26, 2009.**

    The Joint Motion to Vacate Settlement Conference [filed May 26, 2009; docket #41] is **granted**. The Settlement Conference set for May 27, 2009, is hereby **vacated**. The parties shall file dismissal papers on or before **June 15, 2009**.