**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-01439-CMA-MEH

CITIZENS FOR SAN LUIS VALLEY WATER PROTECTION COALITION,

    Plaintiff,

v.

UNITED STATES FISH AND WILDLIFE SERVICE,
a federal agency within the U.S. Department of the Interior;
REGIONAL SOLICITOR, ROCKY MOUNTAIN REGION,
a federal agency within the U.S. Department of the Interior; and
U.S. DEPARTMENT OF THE INTERIOR, a federal agency,

    Defendants.
_____

### ORDER DISMISSING CASE WITH PREJUDICE
_____

THE COURT having reviewed the Plaintiff's Stipulated Motion to Dismiss (Doc. #44) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each parties to pay his or its own attorney's fees and costs.

DATED: June 5, 2009.

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge